U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2022 SEP -9 AM 10: 28

CLERK

BY AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. |
| BRUCE ERDMANN | ) 5:22-cr-104-1 |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

COUNT ONE

On or about March 12, 2021, in the District of Vermont, defendant BRUCE ERDMANN knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

*Nikolas Kerest (KGA)*

NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
September 9, 2022